■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY SMITH, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. Motion by appellant for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre St., New York 13, N. Y., is assigned as counsel to prosecute the appeal. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT ARMSTRONG, Appellant, v. WILFRED L. DENNO, as Warden of Sing Sing State Prison, Respondent.— Motion by appellant, dated December 22, 1961, to discontinue his pending appeal from an order of the Supreme Court, Westchester County, entered November 20, 1961, dismissing a writ of habeas corpus. Motion granted; appeal discontinued. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST J. CARRINGTON, Appellant.— Motion by respondent to dismiss appeal. Motion granted. It appears that the appeal was not taken within the time prescribed by law. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL J. DONOVAN and JOHN R. DOHERTY, Appellants.— Motion by appellants to dispense with printing granted. The appeals will be heard on the original papers (including the typed minutes) and on appellants' typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellants are directed to file six copies of their typewritten brief and to serve one copy on the District Attorney. Motion by appellants to enlarge time to perfect appeals granted; time enlarged to the March Term, beginning February 26, 1962; appeals ordered on the calendar for said term. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.